**Opinion issued September 17, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-13-00743-CR**

———————————

**IN RE O.D. VANDUREN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

The relator, O.D. VanDuren, filed a pro se writ of mandamus seeking to compel the Harris County District Clerk to supplement the record in a pending appeal.[1]

---

[1] The underlying case is *State v. O.D. VanDuren,* No. 2013-7615, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.

We **deny** the petition for writ of mandamus.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).